UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

REJEANA N. STALLINGS,

Plaintiff,

v.

MICHAEL J. ASTRUE,

Defendant.

CASE NO. C11-5315 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The matter is **REVERSED** and **REMANDED** to the Commissioner for further consideration; and

(3) The Clerk shall enter a Judgment for Plaintiff.

Dated this 24th day of May 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER